451 A.2d 1043

Giovannitti, etc., Appellant v. Robinson, et al.

Paul v. Robinson, et ux.

Appeal of:  Francis Giovannitti a/k/a Frank Giovannitti.

Reargument Denied Nov. 10, 1982.

Petition for Allowance of Appeal
Denied March 21, 1983.

Argued April 14, 1982.   Maurice A. Nernberg, Jr., submitted a brief on behalf of appellant;   Edward I. Goldberg, for Robinson, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Orders afirmed.